UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Loma Linda – Inland Empire Consortium<br>For Healthcare Education<br>d/b/a<br>Loma Linda University Health<br>Education Consortium<br>11175 Campus Street<br>Loma Linda, CA 92354<br><br>Plaintiff/Appellant<br><br>   v.<br><br>National Labor Relations Board<br>1015 Half Street, SE<br>Washington, DC 20003<br><br>   Defendant/Appellee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 23-5096<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Appellant Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium and Appellee National Labor Relations Board, pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, hereby stipulate and agree that the above-captioned appeal is voluntarily dismissed. This stipulation applies only to the above-captioned and docketed appeal and shall not affect or limit the rights of either party in any other administrative, appellate or other judicial proceeding.

98044303v.2

Each party shall its bear own costs and fees. There are no court fees that are currently owed by either party.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/* Michael D. Berkheimer

Michael D. Berkheimer
975 F Street
Washington, DC 20004
(202) 828-3560
Fax: (202) 641-9209
mberkheimer@seyfarth.com


**Attorney for Plaintiff/Appellant**

NATIONAL LABOR RELATIONS BOARD

*/s/* David P. Boehm

David P. Boehm
Trial Attorney (D.C. Bar 1033755)
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20003
(202) 273-4202
Fax: (202) 273-4244
david.boehm@nlrb.gov


**Attorney for Defendant/Appellee**

Dated: September 7, 2023

98044303v.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2023, the foregoing Stipulation of Voluntary Dismissal was filed electronically with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and will be served by the Court's CM/ECF system.

*/s/* Michael D. Berkheimer
Michael D. Berkheimer

September 7, 2023

98044303v.2