# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5096**                    **September Term, 2023**

**1:23-cv-00688-CKK**

**Filed On:** September 8, 2023

Loma Linda-Inland Consortium for Healthcare
Education, doing business as Loma Linda
University Self-Education Consortium,

        Appellant

    v.

National Labor Relations Board,

        Appellee


**O R D E R**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed.
No mandate will issue.


        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:   /s/
        Tatiana Magruder
        Deputy Clerk