# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5096**                                              **September Term, 2022**

1:23-cv-00688-CKK

Filed On: April 28, 2023 [1997099]

Loma Linda-Inland Consortium for
Healthcare Education, doing business as
Loma Linda University Self-Education
Consortium,

       Appellant

  v.

National Labor Relations Board,

       Appellee

## O R D E R

The notice of appeal was filed on April 27, 2023, and docketed in this court on April 28, 2023. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 30, 2023 |
| Docketing Statement Form | May 30, 2023 |
| Entry of Appearance Form | May 30, 2023 |
| Procedural Motions, if any | May 30, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 30, 2023 |
| Statement of Issues to be Raised | May 30, 2023 |
| Transcript Status Report | May 30, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | May 30, 2023 |
| Dispositive Motions, if any | June 12, 2023 |

It is

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5096**　　　　　　　　　　　　　　　**September Term, 2022**

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 30, 2023 |
| Entry of Appearance Form | May 30, 2023 |
| Procedural Motions, if any | May 30, 2023 |
| Dispositive Motions, if any | June 12, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Tatiana A. Magruder
　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

- Civil Docketing Statement Form
- Entry of Appearance Form
- Transcript Status Report Form
- Request to Enter Appellate Mediation Program
- Notice Concerning Expedition of Appeals and Petitions for Review
- Stipulation to be Placed in Stand-By Pool of Cases