# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-5096** | **September Term, 2022** |
| | 1:23-cv-00688-CKK |
| | **Filed On:** May 2, 2023 |

Loma Linda-Inland Consortium for Healthcare Education, doing business as Loma Linda University Self-Education Consortium,

      Appellant

    v.

National Labor Relations Board,

      Appellee

**BEFORE:** Millett, Pillard, and Rao, Circuit Judges

# O R D E R

Upon consideration of the emergency motion for injunction pending appeal and to expedite appeal, it is

**ORDERED**, on the court's own motion, that appellee file a response to the motion by 4:00 p.m. on Tuesday, May 9, 2023, and that appellant file any reply by 4:00 p.m. on Thursday, May 11, 2023.

### Per Curiam

                                                    FOR THE COURT:
                                                    Mark J. Langer, Clerk

                               BY:     /s/
                                                      Tatiana Magruder
                                                      Deputy Clerk