# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Loma Linda-Inland Empire Consortium

v.

National Labor Relations Board

**Case No:** 23-5096

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ● Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

NATIONAL LABOR RELATIONS BOARD

### Counsel Information

**Lead Counsel:** Aaron Samsel
**Direct Phone:** (202) 273 1923  **Fax:** (   )  **Email:** aaron.samsel@nlrb.gov

**2nd Counsel:** David P. Boehm
**Direct Phone:** (202) 273 4202  **Fax:** (   )  **Email:** david.boehm@nlrb.gov

**3rd Counsel:** Tyler James Wiese
**Direct Phone:** (952) 703 2891  **Fax:** (   )  **Email:** tyler.wiese@nlrb.gov

**Firm Name:** National Labor Relations Board
**Firm Address:** 1015 Half Street, S.E., Floor 4
**Firm Phone:** (202) 273 3700  **Fax:** (202) 273 4244  **Email:** CCSLB@nlrb.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)