# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW  
Washington, DC 20001-2866  
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Loma Linda-Inland Empire Consortium

v.

National Labor Relations Board

**Case No:** 23-5096

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☑ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☑ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Labor Relations Board

### Counsel Information

**Lead Counsel:** Kevin P. Flanagan  
**Direct Phone:** (202) 273-2938  **Fax:** (202) 273-4244  **Email:** Kevin.Flanagan@nlrb.gov

**2nd Counsel:**  
**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**  
**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** National Labor Relations Board  
**Firm Address:** 1015 Half Street, S.E. - 4th Floor  
**Firm Phone:** ( )  **Fax:** ( )  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44  
March 2017 (REVISED)