

UNITED STATES GOVERNMENT

# NATIONAL LABOR RELATIONS BOARD

OFFICE OF THE GENERAL COUNSEL

Contempt, Compliance and Special Litigation Branch
1015 Half Street, S.E. – Fourth Floor
Washington, D.C. 20003

**BY CM/ECF**                                                                                                    May 16, 2023

Mr. Mark Langer, Clerk
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001

                  Re:     *Linda Loma—Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium v. NLRB*
                        No. 23-5096

                        ***Emergency Status Update Regarding NLRB Election Proceedings***

Dear Mr. Langer:

      Appellee National Labor Relations Board ("NLRB" or "Board") submits the following update regarding the status of the administrative proceedings that underlie both the appeal and the Emergency Motion for Injunction Pending Appeal filed by Appellant Linda Loma—Inland Empire Consortium for Healthcare Education ("Consortium"). In the appeal and emergency motion, the Consortium principally seeks to enjoin the Board from further processing a union-representation case involving a group of medical residents and fellows who participate in the Consortium's training program.

      The Regional Director for NLRB Region 31 issued the attached Decision and Direction of Election ("DDE") today. The DDE finds that the Consortium's "functions are more closely aligned with an educational institution, not a healthcare institution." (DDE at 18). Even so, however, the DDE concludes that the Consortium's medical residents and fellows "are not faculty" who would be exempt from the National Labor Relations Act ("Act") under *NLRB v. Catholic Bishop of Chicago*, 440 U.S. 490 (1979). (DDE at 18). In addition, the DDE finds that the Consortium's residents and fellows do not fall within the ministerial exception to the Act's jurisdiction and that

*Linda Loma—Inland Empire Consortium for*     - 2 -                                  May 16, 2023
*Healthcare Education d/b/a Loma Linda*
*University Health Education Consortium v.*
*NLRB*
No. 23-5096

the Religious Freedom Restoration Act does not preclude the Board from exercising jurisdiction here. (DDE at 19-24).

For these reasons, the DDE concludes that the NLRB has jurisdiction over the representation case and directs, in accordance with the parties' stipulation, that a secret-ballot election be conducted by mail. (DDE at 28). Pursuant to applicable rules, the Consortium is directed to serve a voter list by May 18, 2023 and post a notice shortly before the election begins. (DDE at 30-31 (citing 29 C.F.R. § 102.67(*l*), (k))).

NLRB Region 31 will mail ballots to eligible voters at 5:00 p.m. on May 31, 2023. (DDE at 29). Ballots received by the regional office on or before June 21, 2023 will be commingled, opened, and tallied on June 22. (DDE at 29).

The DDE provides that the Consortium may request immediate Board review of the Regional Director's decision and request a stay of the election under the Board's regulations. (DDE at 31 (citing 29 C.F.R. § 102.67)).

        Respectfully submitted,

        DAWN L. GOLDSTEIN
        *Assistant General Counsel*

        KEVIN P. FLANAGAN
        *Supervisory Attorney*

*Linda Loma—Inland Empire Consortium for*   - 3 -   May 16, 2023
*Healthcare Education d/b/a Loma Linda*
*University Health Education Consortium v.*
*NLRB*
No. 23-5096

                  <u>/s/ David Boehm</u>
                  DAVID BOEHM
                  *Trial Attorney*
                  Bar No. 103755
                  David.boehm@nlrb.gov
                  Tel: (202) 273-4202

                  AARON SAMSEL
                  *Trial Attorney*

                  TYLER JAMES WIESE
                  *Trial Attorney*

                  National Labor Relations Board
                  Contempt, Compliance & Special Litigation Branch
                  1015 Half Street, S.E. - Fourth Floor
                  Washington, D.C. 20003