**Seyfarth Shaw LLP**

975 F Street, N.W.

Washington, DC 20004-1454

**T** (202) 463-2400

**F** (202) 828-5393

mberkheimer@seyfarth.com

T (202) 828-3520

www.seyfarth.com

Not admitted in the District of Columbia. Currently practicing under the supervision of members of the DC Bar.

May 17, 2023

**BY CM/ECF**

Mr. Mark Langer
Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., NW
Washington, DC 20001

Re:   *Loma Linda - Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Healthcare Education Consortium v NLRB*
No. 23-5096

Dear Mr. Langer:

     Appellant Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium ("LLUHEC") briefly responds to the NLRB's May 16 Emergency Status Update ("Update"). The NLRB has informed the Court that pursuant to the Decision and Direction of Election ("DDE") issued by the Regional Director of Region 31, the Board will begin conducting an election of LLUHEC residents and fellows on May 31, 2023. (Update pp. 2, 32). The issuance of the DDE in no way moots LLUHEC's Motion for Injunction Pending Appeal; but, rather, concretely demonstrates LLUHEC is experiencing immediate and irreparable harm. Moreover, LLUHEC's ability to seek *Board* review of the DDE does nothing to provide LLUHEC meaningful judicial review of its claim of being subjected to unconstitutional administrative proceedings as provided for in *Axon Enterprises Inc. v. FTC*.

     Indeed, the DDE acknowledges that LLUHEC is a religious educational institution and that residents and fellows at LLUHEC have teaching responsibilities (Update pp. 10, 21). Accordingly, the DDE confirms that LLUHEC's Motion should be granted under the compulsion of the Court's

decisions in *Duquesne University of the Holy Spirit v. NLRB* and *University of Great Falls v. NLRB*.

Very truly yours,

SEYFARTH SHAW LLP

*Michael Berkheimer*

Michael D. Berkheimer