# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Loma Linda-Inland Empire Consortium

**v.**

National Labor Relations Board

**Case No:** 23-5096

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Labor Relations Board

### Counsel Information

Lead Counsel: Daniel Brasil Becker

Direct Phone: ( 202 ) 208-2255 Fax: ( 202 ) 273-4244 Email: daniel.becker@nlrb.gov

2nd Counsel:

Direct Phone: (____) _____ Fax: (____) _____ Email:

3rd Counsel:

Direct Phone: (____) _____ Fax: (____) _____ Email:

Firm Name: National Labor Relations Board

Firm Address: 1015 Half Street, S.E. - 4th Floor, Washington, DC 20003

Firm Phone: ( 202 ) 273-3740 Fax: ( 202 ) 273-4244 Email: CCSLB@nlrb.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.