NOT YET SCHEDULED FOR ORAL ARGUMENT

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|   |   |
|---|---|
| Loma Linda – Inland Empire Consortium For Healthcare Education d/b/a Loma Linda University Health Education Consortium 11175 Campus Street Loma Linda, CA 92354<br><br>Plaintiff/Appellant<br><br>v.<br><br>National Labor Relations Board 1015 Half Street, SE Washington, DC 20003<br><br>Defendant/Appellee | ) ) ) ) ) ) ) ) ) ) ) ) No. 23-5096 ) ) ) ) ) ) ) |

**APPELLANT'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

Appellant Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium (LLUHEC) hereby moves to modify the briefing schedule issued by this Court on May 31, 2023. Compelling reasons exist to grant this Motion, as described below.

Under the proposed modified briefing schedule:

96001183v.3

1. LLUHEC will file its opening brief and appendix no later than September 8, 2023 instead of July 10, 2023;

2. Appellee National Labor Relations Board's brief in response will be due on October 10, 2023 instead of August 9, 2023; and

3. LLUHEC's reply brief will be due on October 31, 2023 instead of August 30, 2023.

4. Compelling reasons exist to grant this request because of the procedural posture of a related administrative proceeding and because Michael D. Berkheimer, LLUHEC's counsel with primary responsibility for drafting its brief, will out of the country from the end of June through July 9, 2023 as a result of a pre-existing, prepaid family vacation. Upon his return he has numerous other conflicts, including service in the Maryland Army National Guard, an arbitration hearing, and scheduled collective bargaining sessions.

Counsel for LLUHEC and counsel for the NLRB conferred on June 14, 2023 regarding this Motion; and, given the needs of the case and Appellee's own scheduling considerations, Appellee does not oppose this Motion.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Michael D. Berkheimer*

Michael D. Berkheimer (Bar No.: 53462*)*

96001183v.3

Seyfarth Shaw LLP
975 F Street
Washington, DC 20004
(202) 828-3560
Fax: (202) 641-9209
mberkheimer@seyfarth.com


June 21, 2023

# CERTIFICATE OF SERVICE

I certify that on June 21, 2023 a true copy of Appellant Loma Linda – Inland Empire Consortium for Healthcare Education d/b/a Loma Linda University Health Education Consortium's foregoing Unopposed Motion to Modify Briefing Schedule was filed via this Court's CM/ECF electronic filing system. I certify that all participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

>	*/s/ Michael D. Berkheimer*
>	Michael D. Berkheimer
>	June 21, 2023

## CERTIFICATE OF COMPLIANCE

This Unopposed Motion to Modify Briefing Schedule complies with the requirements of Fed. R. App. P. 27(d) and Circuit Rule 27(d)(2)(A) because it has 219 words. This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

>                             */s/ Michael D. Berkheimer*
>                             Michael D. Berkheimer
>                             June 21, 2023