# United States Court of Appeals
## For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-5096** | **September Term, 2022** |
| | 1:23-cv-00688-CKK |
| | Filed On: June 23, 2023 [2004737] |

Loma Linda-Inland Consortium for Healthcare Education, doing business as Loma Linda University Self-Education Consortium,

      Appellant

    v.

National Labor Relations Board,

      Appellee

## O R D E R

Upon consideration of appellant's unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | September 8, 2023 |
| Appendix | September 8, 2023 |
| Appellee's Brief | October 10, 2023 |
| Appellant's Reply Brief | October 31, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk